NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MEDICINES COMPANY,**
*Plaintiff-Appellant,*

v.

**HOSPIRA, INC.,**
*Defendant-Cross Appellant.*

---

2014-1469, -1504

---

Appeals from the United States District Court for the District of Delaware in No. 1:09-cv-00750-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move for an extension of time until August 14, 2014 for The Medicines Company to file its initial brief, and for an extension of time until September 26, 2014, for Hospira, Inc. to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                           THE MEDICINES COMPANY v. HOSPIRA, INC.

    The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21